No. 09-10935. Alphonso Davis, Petitioner v. Robert Ercole, Superintendent, Green Haven Correctional Facility.

562 U.S. 856, 131 S. Ct. 121, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 6312.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

No. 09-10936. Elias Gorostiza, Petitioner v. California.

562 U.S. 856, 131 S. Ct. 122, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 6476.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fifth Appellate District, denied.

No. 09-10940. Hunter R. Levi, Petitioner v. Department of Labor.

562 U.S. 856, 131 S. Ct. 122, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 6374.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 360 Fed. Appx. 710.

No. 09-10941. Irwin Jacobowitz, et ux., Petitioners v. M&T Mortgage Corporation.

562 U.S. 856, 131 S. Ct. 122, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 5975.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

No. 09-10943. James Earl Kittrell, Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.

562 U.S. 856, 131 S. Ct. 123, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 5965.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 367 Fed. Appx. 473.

No. 09-10945. Dorez Whittsette, Petitioner v. Rich Gansheimer, Warden.

562 U.S. 856, 131 S. Ct. 123, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 6063.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10946. Perry R. Silverman, Petitioner v. Stuart Hudson, Warden.

562 U.S. 856, 131 S. Ct. 123, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 6328,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

No. 09-10950. Yigal Adir, Petitioner v. City of Los Angeles, California, et al.

562 U.S. 857, 131 S. Ct. 123, 178 L. Ed. 2d 75, 2010 U.S. LEXIS 5963,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.